1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CONNOR ALBERT DAVIS,                    No.  2:14-cv-2182 DAD P

12               Plaintiff,

13         v.                                 ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16               Defendant.

17

18         Plaintiff, a county jail inmate at the Yuba County Jail, has filed a letter with the court

19    which, while vague, appears to complain about purported civil rights violations by the California

20    Department of Corrections and Rehabilitation.  Plaintiff has not filed any other pleadings with the

21    court.

22         In order to commence a civil rights action, plaintiff must file a complaint as required by

23    Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing

24    fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§

25    1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action

26    has been properly commenced.  Plaintiff will be provided the opportunity to file his complaint,

27    _____

28    [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
      but will be allowed to pay it in installments.

                                              1

1 | and to submit an application requesting leave to proceed in forma pauperis or to submit the

2 | appropriate filing fee.

3 |      In accordance with the above, IT IS HEREBY ORDERED that:

4 |      1.  Plaintiff is granted thirty days from the date of service of this order to file a complaint

5 | that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

6 | and the Local Rules of Practice; the complaint must bear the docket number assigned this case.

7 | Plaintiff shall also submit, within thirty days from the date of this order, the application to

8 | proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the

9 | amount of $400.00.[2]  Plaintiff's failure to comply with this order will result in a recommendation

10 | that this matter be dismissed; and

11 |      2.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil

12 | rights action, and the application to proceed in forma pauperis by a prisoner.

13 | Dated:  September 25, 2014

14 |

15 | _____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 |

17 | DAD:9:mp
davi2182.nocomplaint

---

[2]  The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee.  If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.