UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR ALBERT DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Defendants. | No. 2:14-cv-2182 WBS DAD P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

This court previously ordered plaintiff to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The court also ordered plaintiff to file an application to proceed in forma pauperis or the filing fee in the amount of $400.00. Although plaintiff has filed an amended complaint, a second amended complaint, and a motion for a transfer, he has not filed an application to proceed in forma pauperis or the filing fee. Again, this court will not issue any orders granting or denying relief until plaintiff properly commences this action. Therefore, the court will deny plaintiff's motion for a transfer without prejudice. In the interest of justice, the court will grant plaintiff a final thirty days to file an application to proceed in forma pauperis or the filing fee.

1    Plaintiff is cautioned that the in forma pauperis application form includes a section that
2 must be completed by a county jail official, and the form must be accompanied by a certified
3 copy of plaintiff's trust account statement for the six-month period immediately preceding the
4 filing of this action.
5    In accordance with the above, IT IS HEREBY ORDERED that:
6    1.  Plaintiff's motion for a transfer (Doc. No. 4) is denied without prejudice;
7    2.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00
8 filing fee plus the $50.00 administrative fee or a properly completed application to proceed in
9 forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply
10 with this order or to seek an extension of time to do so if necessary will result in a
11 recommendation for dismissal of this action without prejudice; and
12    3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
13 Pauperis By a Prisoner for use in a civil rights action.
14 Dated:  March 21, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
davi2182.3a